UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                              18-cr-665 (PKC)

       -against-

                                                              ORDER

JANSSEN SMALLS,

                       Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.:

      Sam A. Schmidt is appointed pursuant to the CJA to represent defendant Janssen Smalls with respect to an application for a sentence reduction under 18 USC § 3582(c)(1)(A).  The Clerk shall terminate letter motion Doc 62.

      SO ORDERED.

                                                   P. Kevin Castel
                                        United States District Judge

Dated: New York, New York
       November 13, 2020