UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

JANNSEN SMALLS,

                Defendant.

18-cr-665 (PKC)

ORDER

---

CASTEL, Senior District Judge:

        On November 4, 2019, the defendant was sentenced principally to a term of imprisonment of 92 months. (Minute Entry, Nov. 4, 2019; ECF 55.)

        On March 28, 2024, defendant moved for a sentence reduction (ECF 70) pursuant to Amendment 821 to the Sentencing Guidelines which went into effect on November 1, 2023 and applies retroactively. The United States Probation Department has issued a report indicating that defendant is eligible for a sentence reduction.

        The government is directed to respond to the motion by May 10, 2024. Sam A. Schmidt, Mr. Smalls's CJA-appointed attorney (ECF 63), may reply 14 days after the filing of the government's submission.

SO ORDERED.

                                            P. Kevin Castel
                                            Senior United States District Judge

Dated: April 15, 2024
New York, New York