**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

May 16, 2024

**BY ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re:   *United States v. Janssen Smalls*, S1 18 Cr. 665 (PKC)

Dear Judge Castel:

    The Government writes respectfully to request until Wednesday, May 22, 2024, to respond to the defendant's motion for a sentence reduction (ECF No. 70). The Government regrets and apologizes for the fact that it did not respond by the prior deadline of May 10, 2024. On May 15, 2024, the undersigned was assigned to respond on behalf of the Government. We are now reviewing the motion and the relevant related materials. Accordingly, the Government respectfully requests that it be permitted to respond by May 22, 2024. The Government has conferred with defense counsel, who does not consent to this request. Thank you for the Court's consideration of this matter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: /s/ Bandon D. Harper
Brandon D. Harper
Assistant United States Attorney
(212) 637-2209

Application Granted.

So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.
5-16-24

cc:
    Sam Schmidt, Esq. (by ECF and email)